IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01320-KLM

CORI ROE,

    Plaintiff,

v.

METRO COLLECTION SERVICE INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [#12] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(2),

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**. The Clerk of Court shall accept the Amended Complaint [#12-1] for filing as of the date of this Minute Order.

    Dated: October 6, 2014